# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Kingdom

**v.**

Trump

**Case No:** 26-05236

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Alishea Sophia Kingdom

Solo Nichols

Jas Kapule

### Counsel Information

Lead Counsel: David C. Fathi

Direct Phone: ( 202 ) 548-6603 Fax: (____) _____ Email: dfathi@aclu.org

2nd Counsel: Maria V. Morris

Direct Phone: ( 202 ) 548-6607 Fax: (____) _____ Email: mmorris@aclu.org

3rd Counsel: Elisa Epstein

Direct Phone: ( 202 ) 675-2327 Fax: (____) _____ Email: eepstein@aclu.org

Firm Name: American Civil Liberties Union Foundation, National Prison Project

Firm Address: 915 15th Street NW, 7th Floor, Washington, DC 20005

Firm Phone: ( 202 ) 393-4930 Fax: ( 332 ) 234-9288 Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)