**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br>*Plaintiffs-Appellees*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>*Defendants-Appellants*. | No. 26-5236 |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' OPPOSITION TO APPELLANTS' MOTION FOR A STAY**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 27(g), Appellees respectfully request a 10-day extension of time—from July 10, 2026, to July 20, 2026—to file Appellees' opposition to Appellants' motion for a stay pending appeal. The undersigned contacted counsel for Appellants for their position, who indicated that Appellants take no position on the motion and will not be filing a response.

Appellants filed their motion for a stay of the district court's June 17, 2026, preliminary injunction pending appeal on June 30. Under Federal Rule of Appellate Procedure 27(a)(3)(A), Appellees' response is due July 10, 2026.

There is good cause to grant Appellees' extension request. Two of Appellees'

counsel have a week-long trial starting on July 6, 2026, and other Appellees' counsel have preplanned travel between now and July 10. In light of the trial schedule and other competing demands, Appellees request a modest extension of 10 days—until July 20, 2026—to file Appellees' opposition to Appellants' motion for a stay. Appellees have not requested any prior extensions, and no oral argument date has been set. The requested extension will not appreciably delay the resolution of Appellants' motion.

Accordingly, Appellees respectfully request a 10-day extension—until July 20, 2026—to respond to Appellants' motion for a stay.

Dated: July 2, 2026

Respectfully submitted,

*/s/ Aditi Shah*

Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org

*Attorney for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served on all parties on July 2, 2026, via the Court's CM/ECF system, which sends automatic notification to counsel of record via email.

Dated: July 2, 2026

*_/s/ Aditi Shah_*
Aditi Shah

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 214 words, excluding the items exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared using Microsoft Word and is set in Times New Roman font, in a size equivalent to 14 points or larger.

Dated: July 2, 2026

*/s/ Aditi Shah*
Aditi Shah