# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5236**

**September Term, 2025**

**1:25-cv-00691-RCL**

**Filed On: July 7, 2026** [2182052]

Alishea Sophia Kingdom, Reg. No.
13131-089, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## O R D E R

Upon consideration of appellees' motion for extension of time to file an opposition to appellants' motion for a stay, it is

**ORDERED** that the motion for extension of time be granted. Appellees' response to the motion for a stay is now due July 20, 2026.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

              BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk