[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, AND JAS KAPULE, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants-Appellants. | No. 26-5236 |

## STATEMENT OF ISSUES

Pursuant to this Court's order dated June 23, 2026, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the district court abused its discretion in granting a preliminary injunction blocking the Federal Bureau of Prisons from enforcing its 2026 policy concerning medical treatment for inmates with gender dysphoria, on the ground that the policy was arbitrary and capricious in violation of the Administrative Procedure Act.

Respectfully submitted,

CHARLES W. SCARBOROUGH
/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
DOMENIC A. CANONICO
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7231
Washington, D.C. 20530
(202) 514-8100

JULY 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
Counsel for Defendants-Appellants