# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-5236** **September Term, 2026**

**1:25-cv-00691-RCL**

**Filed On: September 1, 2026** **[2190857]**

Alishea Sophia Kingdom, Reg. No.
13131-089, et al.,

Appellees

v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

Appellants

------------------------------

Consolidated with 26-5310

**O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk