**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

Tel: (202) 353-8189

September 3, 2026

**Via CM/ECF**

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re: *Kingdom v. Trump*, Nos. 26-5310, 26-5236 (D.C. Cir.)

Dear Mr. Cislak:

We write regarding the government's pending stay motion in these consolidated appeals. The district court entered a preliminary injunction in this case on June 17, 2026, and the government appealed and sought a stay of that preliminary injunction on June 30. That stay motion remains pending. Because the preliminary injunction at issue concerns prison conditions, it will expire by operation of law after 90 days, on September 15. *See* 18 U.S.C. § 3626(a)(2); Dkt. 242, at 1.

On August 26, the district court issued a renewed preliminary injunction, to take effect when the existing injunction expires on September 15. The renewed injunction is identical in all relevant respects to the June 17 injunction, and the court expressly "incorporate[d] the reasoning contained in its memorandum opinion for its June 17 preliminary injunction" into its August 26 order. Dkt. 242, at 2 (citing Dkt. 216). The government appealed the renewed injunction, Dkt. 245, and this Court sua sponte consolidated the new appeal (No. 26-5310) with the existing appeal (No. 26-5236).

Because the August 26 injunction is identical to the June 17 injunction and rests on the same legal and factual bases, the government respectfully asks that the Court treat the former as encompassed within the government's

pending stay motion, and thus make clear that the grant or denial of relief on that motion extends also to the August 26 injunction. Plaintiffs consent to applying the existing stay motion and related motions briefing to the August 26 injunction.

Thank you for your assistance.

Sincerely,

*/s/ Domenic Canonico*
Domenic Canonico
U.S. Department of Justice
Civil Division, Appellate Staff

cc: All counsel (via CM/ECF)