**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALISHEA KINGDOM, et al.<br>*Plaintiffs-Appellees*,<br>v.<br>DONALD TRUMP, et al.<br>*Defendants-Appellants*. | Case No. 26-5236 |

## WITHDRAWAL OF APPEARANCE

The undersigned counsel, Elisa Epstein, hereby respectfully withdraws as counsel for Plaintiffs-Appellees. Plaintiffs-Appellees will continue to be represented by Lynly Egyes, Dale Melchert, Shawn Meerkemper, and Megan Noor for Transgender Law Center; David Fathi, Corene Kendrick, Maria Morris, Li Nowlin-Sohl, Leslie Cooper, Shana Knizhnik, and James Esseks for the ACLU; and Michael Perloff and Aditi Shah for the ACLU of the District of Columbia.

Dated: October 6, 2026

Respectfully submitted,

/s/ *Elisa Epstein*
Elisa Epstein (Ill. Bar No. 6349195)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW, Suite 700
Washington, DC 20005
202-393-4930
eepstein@aclu.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system on October 6, 2026, thereby serving it on all counsel of record and persons who have appeared in this case.

October 6, 2026

/s/ *Elisa Epstein*
Elisa Epstein