# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5236** **September Term, 2026**

**1:25-cv-00691-RCL**

**Filed On: October 26, 2026** **[2200323]**

Alishea Sophia Kingdom, Reg. No.
13131-089, et al.,

Appellees

v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

Appellants

------------------------------

Consolidated with 26-5310

**ORDER**

Upon consideration of the government's consent motion for a 30-day extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | December 2, 2026 |
| Appendix | December 2, 2026 |
| Appellees' Brief | January 29, 2027 |
| Appellants' Reply Brief | February 19, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk